IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LG ELECTRONICS, INC. | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 5:09CV-114 |
| | § | |
| FUNAI ELECTRIC COMPANY, LTD., | § | |
| FUNAI CORPORATION, INC., and | § | |
| P&F USA, INC. | § | |
| **Defendants** | | |

### ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, Defendants' Motion to Transfer Under 28 U.S.C. 1404(a) (Docket Entry # 13) was referred to the Honorable Caroline M. Craven for the purposes of hearing and determining said motion. On October 9, 2009, Defendants filed an unopposed motion for stay under 28 U.S.C. § 1969(a). The Court granted Defendants' unopposed motion on October 13, 2009. Because the above-entitled and numbered cause of action has been stayed in its entirety until the proceedings before the United States International Trade Commission are concluded, the Court **DISMISSES WITHOUT PREJUDICE** Defendants' motion to transfer venue. The parties may renew their motion after the stay is lifted.

It is so **ORDERED.**

SIGNED this 13th day of October, 2009.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

-1-