**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **LG ELECTRONICS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 5:09-cv-114** |
| ) | **Hon. David Folsom** |
| **FUNAI ELECTRIC COMPANY, LTD.,** ) | |
| **FUNAI CORPORATION, INC., and** ) | |
| **P&F USA, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

WHEREAS Plaintiff LG Electronics, Inc. ("LGE") and Defendants Funai Electric Company Ltd., Funai Corporation, Inc., and P&F USA, Inc. (collectively, "Funai") have agreed to settle their respective claims for relief asserted in this case and have entered into a settlement agreement addressing the same.

NOW THEREFORE, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LGE and Funai hereby stipulate, by and through their respective undersigned counsel of record, to the following:

1.   All claims for relief asserted in this matter by LGE against Funai and by Funai against LGE are dismissed without prejudice.

2.   Each party shall bear its own fees and costs in connection with this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 26, 2010

By:  */s/ James A. Fussell*
Ruffin B. Cordell (TX Bar No. 04820550)
E-mail: cordell@fr.com
James A.. Fussell, III (Bar No. 2003193)
E-mail: fussell@fr.com
Fish & Richardson PC - Washington DC
1425 K St, NW, 11th Floor
Washington , DC 20005
Telephone: (202) 783-5070
Fax: (202) 783-2331

*Attorneys for Plaintiff LG Electronics, Inc.*

Respectfully submitted,

By:  */s/ J. Thad Heartfield*
J. Thad Heartfield (TX Bar No. 09346800)
E-mail: thad@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

Richard de Bodo (*pro hac vice*)
J Drew Diamond (*pro hac vice*)
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles , CA 90067-4276
Telephone (310) 785-4600
Fax: (310) 785-4601

*Attorneys for Defendants Funai Electric
Company Ltd.; Funai Corporation, Inc.; and
P&F USA, Inc.*

CERTIFICATE OF SERVICE

I certify that on this day, pursuant to LOC. R. CIV. P. CV-5, I filed or caused to be filed, a true and correct copy of this instrument, giving service of this instrument to all counsel of record in accordance with the Court's electronic filing system on January 26, 2010.

/s/ James A. Fussell, III
James A. Fussell, III